No. 95–1425. ABRAMS ET AL. *v.* JOHNSON ET AL.; and

No. 95–1460. UNITED STATES *v.* JOHNSON ET AL. D. C. S. D. Ga. [Probable jurisdiction noted, 517 U. S. 1207.] Motion of appellees for divided argument granted.

No. 95–1455. RENO, ATTORNEY GENERAL *v.* BOSSIER PARISH SCHOOL BOARD ET AL.; and

No. 95–1508. PRICE ET AL. *v.* BOSSIER PARISH SCHOOL BOARD ET AL. D. C. D. C. [Probable jurisdiction noted, 517 U. S. 1232.] Motion of the Acting Solicitor General for divided argument granted.

No. 95–1694. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. *v.* DOE. C. A. 9th Cir. [Certiorari granted, 518 U. S. 1004.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–531. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA *v.* DOE; and

No. 96–547. DOE *v.* LUNGREN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Motion of the parties to expedite consideration of petitions for writs of certiorari denied.

No. 96–6138. IN RE JAVIER ROMERO. Petition for writ of habeas corpus denied.

No. 96–354. IN RE BARDSLEY; and

No. 96–5627. IN RE HOYETT. Petitions for writs of mandamus denied.

No. 96–292. JOHNSON ET AL. *v.* FANKELL. Sup. Ct. Idaho. Certiorari granted.

No. 95–1439. LAKOSKI *v.* UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON. C. A. 5th Cir. Certiorari denied.

No. 95–1864. ELLERBEE *v.* MILLS. C. A. 11th Cir. Certiorari denied.